In the Matter of the Assignment of GUSTAV RADTKE et al.

(Argued December 6, 1881; decided December 13, 1881.)

*E. H. Benn* for motion.

*E. T. Wood* opposed.

Motion to dismiss appeal granted, unless appellant perfects his appeal and pays costs as provided in order.

All concur.

No opinion.

———

OSCAR B. LUDERS, Appellant, *v.* WILLIAM RASMUS et al., Respondents.

(Argued October 25, 1881; decided January 17, 1882.)

DECIDED on the facts.

*Isaac L. Miller* for appellant.

*Charles M. Da Costa* for respondents.

RAPALLO, J., reads for affirmance.

All concur.

Judgment affirmed.